■ CHARLES BONGIOVANNI, Respondent, v SIEGEL KELLEHER & KAHN et al., Appellants. [668 NYS2d 524] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.